1  Dean A. Hanley, Esq.   (State Bar No. 169507)
   Philip A. Harley, Esq.   (State Bar No. 147407)
2  Kelly A. McMeekin, Esq.  (State Bar No. 161109)
   PAUL, HANLEY & HARLEY LLP
3  1608 Fourth Street, Suite 300
   Berkeley, California 94710
4  Telephone:  (510) 559-9980
   Facsimile:   (510) 559-9970
5
   Attorneys for Plaintiffs
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 | GARY GROSSE and VICKI GROSSE | ) Case No.: C 06-04154 MJJ
11 |                              | ) GRANTED
   | Plaintiffs,                  | ) **STIPULATED ORDER GRANTING**
12 | vs.                          | ) **PLAINTIFFS' MOTION FOR REMAND**
   |                              | ) **AND REMANDING ACTION**
13 | BOC FINANCIAL CORP., et al.  | )
   |                              | ) Date: August 29, 2006
14 | Defendants.                  | ) Time: 9:30 a.m.
   |                              | ) Dept.:11
15 |                              | ) Judge: Hon. Michael J. Jenkins

16    Plaintiffs Gary Grosse and Vicki Gross and defendants The Lincoln Electric Company,

17 Lincoln Global, Inc., Hobart Brothers Company, The BOC Group, Inc. f/k/n Airco, Inc. and

18 CBS Corporation by and through their counsel of record hereby stipulate to the granting of

19 plaintiffs' Motion for Remand without hearing. The parties further stipulate and agree that

20 plaintiffs' request for attorneys fees and costs is withdrawn.

21 DATED: August 3, 2006          PAUL, HANLEY & HARLEY LLP

22                                By: _____
                                       Kelly A. McMeekin
23                                     Attorneys for Plaintiffs

24
   DATED: August 2, 2006          REED SMITH
25
                                  By: _____
26                                     Daniel J. Valim
                                       Attorneys for Defendants
27

28 [STIPULATED ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND AND REMANDING ACTION
   PAGE 1
   C:\Documents and Settings\dvalim\Local Settings\Temporary Internet Files\OLK69\stipulated remand order (3).doc

1  The parties having so stipulated and good cause showing,

2  IT IS HEREBY ORDERED THAT plaintiffs' Motion for Remand is granted without

3  hearing. This Court lacks subject matter jurisdiction as no federal question exists under 28

4  U.S.C. § 1442 (a)(1).

5  IT IS FURTHER ORDERED that this matter is hereby remanded to the Superior Court of

6  the State of California County of Alameda.

7

8  DATED: 8/8/2006                    By: /s/ Martin J. Jenkins

9                                         The Hon. Michael J. Jenkins

STIPULATED ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND AND REMANDING ACTION
PAGE 2
C:\Documents and Settings\dvalim\Local Settings\Temporary Internet Files\OLK69\stipulated remand order (3).doc