**A CERTIFIED TRUE COPY**

AUG 16 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

AUG 22 2006

AUG 16 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1535

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

*Gary Grosse, et al. v. Boc Group, Inc., et al.*, N.D. California, C.A. No. 3:06-4154 MJJ

### ORDER VACATING CONDITIONAL TRANSFER ORDER

On August 9, 2006, the Panel filed an order conditionally transferring this action (*Grosse*) to the Northern District of Ohio. The Panel has now been advised, however, that *Grosse* was remanded to the Superior Court of the State of California, County of Alameda, by the Honorable Martin J. Jenkins in an order filed on August 8, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-42" filed on August 9, 2006, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel